**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Stephen J. Bayless**
Debtor(s)

Bankruptcy Case No.: 20–20953–TPA

Chapter: 7

# **FINAL DECREE**

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Pamela J. Wilson is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: July 8, 2020

Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stephen J. Bayless  
      Debtor

Case No. 20-20953-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: admin | Page 1 of 1 | Date Rcvd: Jul 08, 2020 |
|---|---|---|---|
| | Form ID: 129 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
db             +Stephen J. Bayless,    35 Tunnel Street,    West Alexander, PA 15376-2447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
      David A. Rice    on behalf of Debtor Stephen J. Bayless ricelaw1@verizon.net, lowdenscott@gmail.com
      James Warmbrodt    on behalf of Creditor    Quicken Loans, LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Pamela J. Wilson    pwilson@pjwlaw.net,    pwilson@ecf.axosfs.com
                                                                     TOTAL: 4